HAUSMAN, Appellant; v. MILLER et al., Respondents. (Supreme Court, Appellate Division, First Department. March 24, 1905.) Action by Max Hausman against Elizabeth Miller and others. B. F. Feiner, for appellant. I. N. Williams, for respondents. No opinion. Judgment affirmed, with costs, on opinion in Hausman v. Herdtfelder, 81 App. Div. 46, 80 N. Y. Supp. 1039.

HAVERHILL BOX BOARD CO., Respondent, v. COY, HUNT & CO., Appellant. (Supreme Court, Appellate Term. January 26, 1905.) Appeal from Municipal Court, Borough of Manhattan, Second District. Action by the Haverhill Box Board Company against Coy, Hunt & Co. From a judgment for plaintiff, defendant appeals. Reversed. Robinson & Robinson, for appellant. J. S. Lehmaier, for respondent.

DAVIS, J. The action was brought to recover the purchase price of certain paper board manufactured by the plaintiff and delivered to defendant on or about November 17, 1903. The defendant admitted the purchase and delivery of these goods, and nonpayment, but seeks to recover damages on four counterclaims, based upon the failure of the plaintiff to fill certain orders for paper sent to them by the defendant and accepted by the plaintiff. As a consequence of plaintiff's failure to fill these orders, the defendant claims it had to go into the open market and at an increased price buy other paper to meet the demands of its customers, to whom it had previously sold the paper ordered from plaintiff in reliance upon the plaintiff's promise to deliver within a reasonable time. The plaintiff admitted the receipt and acceptance of these matters, but claimed that the deliveries under them were conditioned upon its being able to obtain pulp to make the paper. The defendant denied this, and by many material questions put to witnesses sought to prove the execution of these orders for the purpose of introducing them in evidence. Upon objection to these questions by the plaintiff, the defendant was not permitted by the court to do this. In sustaining these objections, the court erred many times, to the serious harm of the defendant. Under the circumstances, the judgment should be reversed, with costs to the appellant. Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event.

SCOTT, J., concurs.

MacLEAN, J. I concur in the result. Almost if not every one of the questions disallowed by the learned justice implied conclusions or assumptions of facts not proven.

HECHT, Appellant, v. REIBLING, Respondent. (Supreme Court, Appellate Division, Second Department. February 15, 1905.) Action by Herman Hecht against Peter Reibling. PER CURIAM. Judgment of the Municipal Court affirmed, with costs. HOOKER, J., not voting.

HECKELMAN et al., Respondents, v. REID, Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by Anton Heckelman and Michael Heckelman against Robert Reid. PER CURIAM. Judgment of the Municipal Court affirmed, with costs. HOOKER, J., not voting.

HEILBRON, Respondent, v. HERZOG, Appellant. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by Julius Heilbron against Abraham S. Herzog. J. J. Frank, for appellant. B. N. Cardozo, for respondent. No opinion. Judgment and order affirmed, with costs.

HENTZ, Appellant, v. HAVEMEYER et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 27, 1905.) Action by Henry Hentz against Henry O. Havemeyer and Charles H. Senff. No opinion. Interlocutory judgment affirmed, with costs.

HENTZ, Appellant, v. HAVEMEYER et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 17, 1905.) Action by Henry Hentz against Henry O. Havemeyer and Charles H. Senff. No opinion. Motion denied.

HILGERT v. BLACK. (Supreme Court, Appellate Division, First Department. February 17, 1905.) Action by Mathew Hilgert against Archibald P. Black. No opinion. Motion denied, with $10 costs.

HINKLE et al., Respondents, v. ZIMMERMAN, Appellant. (Supreme Court, Appellate Division, First Department. February 24, 1905.) Action by Eugene A. Hinkle and others against Jacob A. Zimmerman. G. Putzel, for appellant. J. W. McIlhenny, for respondents. No opinion. Appeal from decision dismissed, with costs. Judgment affirmed, with costs.

HINMAN, Respondent, v. CLARKE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 8, 1905.) Action by Elmer L. Hinman against Frederick O. Clarke and others, as commissioners of works, etc., and the city of Oswego. PER CURIAM. Order affirmed, with $10 costs and disbursements. Held that, without passing upon the merits, the injunction, granted as a matter of discretion, should not be vacated pending the trial of the action.

In re HITCHINS' ESTATE. Appeal of COMPTROLLER OF NEW YORK. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) In the matter of the estate of John Hitchins, deceased. In the matter of the appeal of the Comptroller of the state of New York from order determining collateral inheritance tax. No opinion. Decree (89 N. Y. Supp. 472) unanimously affirmed, with costs.

In re HITCHINS' ESTATE. (Supreme Court, Appellate Division, Third Department. March 8, 1905.) In the matter of the estate of John Hitchins, deceased. No opinion. Mo-

tion denied, on the ground that the order gives one bill of costs, to be divided between all respondents, and disbursements of each.

---

HOFFMAN et al., Respondents, v. ABEL, Appellant, et al. (Supreme Court, Appellate Division, First Department. March 24, 1905.) Action by Samuel V. Hoffman and others against Samuel V. Abel, impleaded. W. L. Stone, for appellant. P. R. Towne, for respondents. No opinion. Judgment affirmed, with costs.

---

HOFNAGLE v. SCHAEFFLER et al. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by William T. Hofnagle against Peter Schaeffler and another. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

---

HOLMES, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. February 16, 1905.) Appeal from Municipal Court, Borough of Manhattan, Eleventh District. Action by Thomas C. Holmes against the Interurban Street Railway Company. From a judgment for plaintiff, defendant appeals. Affirmed. H. A. Robinson, for appellant. W. S. Bennett, for respondent.

PER CURIAM. This action is for a statutory penalty for the refusal to give a transfer over a street railway alleged to have been operated by defendant over East 135th street, and also, as a second cause of action, for a refusal to issue a transfer on July 22, 1903, on the 125th Street Crosstown Line. The defendant denied its control and operation of the 135th Street Line, but made no such denial as to the 125th Street Crosstown Line, as to which alone did the plaintiff make any proof. The judgment was but for a single penalty, and it must be affirmed, with costs.

---

HOLOHAN, Respondent, v. LEVY, Appellant. (Supreme Court, Appellate Division, First Department. February 24, 1905.) Action by John Holohan against Samuel Levy. E. Exchwege, for appellant. W. D. Sporborg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

In re HOPKINS' WILL. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) In the matter of the probate of the will of Robert E. Hopkins, deceased. No opinion. Motion for preference denied.

---

HORSTMAN v. HORSTMAN. (Supreme Court, Appellate Division, Third Department. March 8, 1905.) Action by Marie L. Horstman against Charles F. Horstman. No opinion. Order affirmed, with $10 costs and disbursements.

---

HOTCHKISS v. LAKE et al. (Supreme Court, Appellate Division, Fourth Department. March 8, 1905.) Action by Emily A. Hotchkiss against D. E. Lake, as administrator, etc., and another. No opinion. Judgment affirmed, with costs.

---

H. REMINGTON & SON PULP & PAPER CO., Respondent, v. WATER COM'RS OF CITY OF WATERTOWN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 1, 1905.) Action by the H. Remington & Son Pulp & Paper Company against the water commissioners of the city of Watertown. No opinion. Appeal dismissed, under general rule 39.

---

HUDSON RIVER POWER TRANSMISSION CO. v. UNITED TRACTION CO. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) Action by the Hudson River Power Transmission Company against the United Traction Company. No opinion. Motion denied.

---

HUNTLEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) Action by George W. Huntley, as administrator, etc., against the New York Central & Hudson River Railroad Company. No opinion. Ordered set down for argument January 10, 1905.

---

HUNTLEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 8, 1905.) Action by George W. Huntley, as administrator, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

HUNTLEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 29, 1905.) Action by George W. Huntley, as administrator, etc., of George Wallace Huntley, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Motion denied.

---

HUYLER, Appellant, v. DOLSON et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 24, 1905.) Action by John J. Huyler, as executor, etc., against Robert H. Dolson and another, as executors, etc. No opinion. Motion denied.

---

INDUSTRIAL & GENERAL TRUST, Limited, Appellant, v. TOD, Respondent. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by the Industrial & General Trust, Limited, against J. Kennedy Tod. S. Untermyer, for appellant. S. H. Olin, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

VAN BRUNT, P. J., dissents.

---

ISENBERG, Appellant, v. MAKRANSKY, Respondent. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by Esther Isenberg against Samuel Makransky. A. I. Elkus, for appellant. J. Manheim, for respondent. No opinion. Judgment affirmed, with costs.